IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON ASKA-ABRAMSON | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF REMOVAL FROM** |
| | : | **THE CIRCUIT COURT FOR** |
| v. | : | **BALTIMORE COUNTY, MD** |
| | : | **Case No.: C-03-CV-22-001199** |
| WAL-MART STORES EAST, LP, et al. | : | |
| | : | **CIVIL ACTION NO._____** |
| Defendants. | : | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C., Section 1441(a), the Defendants, Wal-Mart Stores East, LP, and Walmart Inc., respectively notice the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Baltimore County, Maryland, and as grounds therefor states as follows:

1. On or about April 4, 2022, Defendants, Wal-Mart Stores East, LP, and Walmart Inc., were served with a Summons and Complaint in an action commenced by the Plaintiff, Sharon Aska-Abramson, in the Circuit Court for Baltimore County, Maryland as Docket No. C-03-CV-22-001199. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendants, Wal-Mart Stores East, LP, and Walmart Inc., and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioners filed a written Answer to Plaintiff's Complaint on or about April 22, 2022. Copies of Defendants' Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4. In her Complaint, Plaintiff, Sharon Aska-Abramson, seeks judgment against this Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendants, Wal-Mart Stores East, LP, and Walmart Inc.'s principal place of business is Arkansas, and are incorporated in the State of Delaware.

8. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

9. The Petitioners present and files herewith a check in the amount of $402.00 for the filing fee, as required by law.

WHEREFORE, the Defendants, Wal-Mart Stores East, LP, and Walmart Inc., respectfully requests to remove this action from the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP


By: /s/Jennifer A. King
Jennifer A. King, #17248
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
jking@decarodoran.com
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **22nd** day of **April, 2022,** a copy of the foregoing Petition for Removal was electronically filed and served upon:

Aleksandr Shubin, Esquire
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
*Counsel for Plaintiff*


/s/Jennifer A. King
Jennifer A. King, #17248


I:\Common\WP\L4\JAK\- LITIGATION\Aska-Abramson v. Walmart\Pleadings\Petition for Removal.wpd

3