

**CIRCUIT COURT FOR BALTIMORE COUNTY**     Main: 410-887-2601
**MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** WALMART, INC.
C/O: REGISTERED AGENT
THE CORPORATION TRUST, INC.
2405 YORK RD. SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

| | |
|---|---|
| Case Number: | C-03-CV-22-001199 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

SHARON ASKA-ABRAMSON VS. WAL-MART STORES EAST, LP, ET AL.

Issue Date: 3/29/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

SHARON ASKA-ABRAMSON
4772 Winterset Way
Owings Mills, MD 21117

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# EXHIBIT A

Sharon Aska-Abramson vs. Wal-Mart Stores East, LP, et al.
Case 1:22-cv-00981-ELH Document 1-1 Filed 04/22/22 Page 2 of 11
Circuit Court for Baltimore County
Case Number: C-03-CV-22-001199

# SHERIFF'S RETURN
(please print)

To: WALMART, INC.

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
   Name of person served

on _____ at _____
   Date of service         Location of service

_____ by _____ with the following:
                      Manner of service

☐ Summons                    ☐ Counter-Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order   ☐ Interrogatories
☐ Other _____
   Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                         Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____    _____
Date               Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CC-CV-032 (Rev. 11/23/2020)    Page 2 of 2    03/29/2022 1:59 PM

# EXHIBIT A

IN THE CIRCUIT COURT FOR Baltimore County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF  ☐DEFENDANT    CASE NUMBER C-03-CV-22-001199 (Clerk to insert)

CASE NAME: Sharon Aska-Abramson  vs.  Wal-Mart Stores East, LP, et al.
              Plaintiff                                Defendant

PARTY'S NAME: _____ PHONE: _____
PARTY'S ADDRESS: _____
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Aleksandr Shubin, Esq. #0712120274  PHONE: (202) 464-0727
PARTY'S ATTORNEY'S ADDRESS: 7910 Woodmont Avenue, Suite 1250, Bethesda, MD 20814
PARTY'S ATTORNEY'S E-MAIL: aleks@malloy-law.com

JURY DEMAND? ☒Yes ☐No
RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ____ hours  2 days

**PLEADING TYPE**

New Case:  ☒Original    ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment
*If filing in an existing case, skip Case Category/Subcategory section - go to Relief section.*

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY** (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: ____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☒ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)        Page 1 of 3

# EXHIBIT A

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000     ☐ $10,000 - $30,000     ☒ $30,000 - $100,000     ☐ Over $100,000 |
| ☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____ |
| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation     ☒Yes  ☐No          C. Settlement Conference    ☒Yes  ☐No<br>B. Arbitration    ☐Yes  ☒No          D. Neutral Evaluation        ☐Yes  ☒No |
| **SPECIAL REQUIREMENTS** |
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**<br>☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |
| **ESTIMATED LENGTH OF TRIAL** |
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*                          *(Case will be tracked accordingly)*<br>         ☐ 1/2 day of trial or less          ☐ 3 days of trial time<br>         ☐ 1 day of trial time              ☐ More than 3 days of trial time<br>         ☐ 2 days of trial time |
| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*<br>    ☐ **Expedited-** Trial within 7 months of       ☐ **Standard -** Trial within 18 months of<br>              Defendant's response                                 Defendant's response |
| **EMERGENCY RELIEF REQUESTED** |

# EXHIBIT A

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* <br><br> ☐ **Expedited** - Trial within 7 months of Defendant's response    ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

| CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE) |
|---|
| ☐ Expedited — Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short — Trial 210 days from first answer. |
| ☐ Civil-Standard — Trial 360 days from first answer. |
| ☐ Custom — Scheduling order entered by individual judge. |
| ☐ Asbestos — Special scheduling order. |
| ☐ Lead Paint — Fill in: Birth Date of youngest plaintiff............................... |
| ☐ Tax Sale Foreclosures — Special scheduling order. |
| ☐ Mortgage Foreclosures — No scheduling order. |

| CIRCUIT COURT FOR BALTIMORE COUNTY |
|---|
| ☐ Expedited (Trial Date-90 days) — Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ Standard (Trial Date-240 days) — Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) — Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) — Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

March 29, 2022
Date

7910 Woodmont Avenue, Suite 1250
Address

Bethesda    MD    20814
City    State    Zip Code

/s/ Aleksandr Shubin
Signature of Counsel / Party

Aleksandr Shubin, Esq. #0712120274
Printed Name

CC-DCM-002 (Rev. 04/2017)    Page 3 of 3

# EXHIBIT A

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND
Civil Division

SHARON ASKA-ABRAMSON
4772 WINTERSET WAY
OWINGS MILLS, MD 21117

               C-03-CV-22-001199
        CASE NO.:

    Plaintiff,

v.

WAL-MART STORES EAST, LP
702 SW 8TH STREET
BENTONVILLE, AR 72716
C/O: REGISTERED AGENT
THE CORPORATION TRUST, INC.
2405 YORK RD. SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

and

WALMART, INC.
701 SOUTH WALTON BLVD
BENTONVILLE, AR 72716
C/O: REGISTERED AGENT
THE CORPORATION TRUST, INC.
2405 YORK RD. SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

    Defendants.

## COMPLAINT

COMES NOW Plaintiff, Sharon Aska-Abramson, by and through her attorneys, Aleksandr Shubin, Esq., and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1

# EXHIBIT A

1. Plaintiff is an adult resident of the Baltimore County.

2. Upon information and belief Defendant Wal-Mart Stores East, LP (hereinafter referred to as "Defendant Walmart") is a corporation that operates and does business in this jurisdiction. At all material times relevant hereto, Defendant Wal-Mart Stores East, LP., owned, managed and/or operated the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133. Walmart is a division of Defendant Wal-Mart Stores East, LP.

3. Upon information and belief Defendant Walmart Inc. (hereinafter referred to as "Defendant Walmart") is a corporation that operates and does business in this jurisdiction. At all material times relevant hereto, Defendant Walmart Inc., owned, managed and/or operated the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133. Walmart is a division of Defendant Walmart Inc.

## JURISDICTION AND VENUE

4. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (2006).

5. Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2006).

## FACTS COMMON TO ALL DEFENDANTS

6. Paragraphs 1 – 5 (one through five) are incorporated by reference as if fully restated.

7. On January 4, 2021, Plaintiff was shopping at the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133.

8. As she was walking on the premises her foot contacted grease and/or liquid substance on the floor, which caused her to the fall to the ground and sustain significant injuries.

2

# EXHIBIT A

9. At all times relevant, Plaintiff was an invitee of the Defendants.

## COUNT I
### (Negligence – Wal-Mart Stores East, LP)

10. Defendant, Wal-Mart Stores East, LP, owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers at the premises on or near premises; and/or warn them of such dangers.

11. Defendant, Wal-Mart Stores East, LP, breached said duty owed to Plaintiff by (a) failing to maintain the premises on or near premises free of hazards; (b) failing to maintain a smooth, dry and even surface on or around the premises; (c) failing to remove or cover any hazards and liquid substances at the premises on or near premises; and (d) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

12. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

13. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

14. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

15. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Wal-Mart Stores East, LP, with no lack of due care or negligence on the part of Plaintiff

3

**EXHIBIT A**

contributing thereto directly or indirectly.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendant, in the sum exceeding SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), pre-judgment and post-judgment interest and costs of this suit.

## COUNT II
### (Negligence – Walmart Inc.)

16. Defendant, Walmart Inc., owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers at the premises on or near premises; and/or warn them of such dangers.

17. Defendant, Walmart Inc., breached said duty owed to Plaintiff by (a) failing to maintain the premises on or near premises free of hazards; (b) failing to maintain a smooth, dry and even surface on or around the premises; (c) failing to remove or cover any hazards and liquid substances at the premises on or near premises; and (d) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

18. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

19. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

20. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

# EXHIBIT A

21. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Walmart Inc., with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendant, in the sum exceeding SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), pre-judgment and post-judgment interest and costs of this suit.

Respectfully submitted,

/s/ Aleksandr Shubin
Aleksandr Shubin, Esq.
CPF#: 0712120274
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
p/ 202-464-0727
f/ 888-607-8691
aleks@malloy-law.com

**EXHIBIT A**

## JURY DEMAND.

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

/s/ Aleksandr Shubin
Aleksandr Shubin, Esq.
CPF#: 0712120274

## CERTIFICATE REGARDING RESTRICTED INFORMATION

I HEREBY CERTIFY that the foregoing Complaint and accompanying filings do not contain restricted information.

/s/ Aleksandr Shubin
Aleksandr Shubin, Esq.
CPF#: 0712120274

# EXHIBIT A