## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND
### Civil Division

SHARON ASKA-ABRAMSON          *
4772 WINTERSET WAY
OWINGS MILLS, MD 21117        *

    Plaintiff,              *

v.                            *

WAL-MART STORES EAST, LP      *
702 SW 8TH STREET
BENTONVILLE, AR 72716         *
C/O: REGISTERED AGENT
THE CORPORATION TRUST, INC.   *
2405 YORK RD. SUITE 201
LUTHERVILLE TIMONIUM, MD 21093 *

and                           *

WALMART, INC.                 *
701 SOUTH WALTON BLVD
BENTONVILLE, AR 72716         *
C/O: REGISTERED AGENT
THE CORPORATION TRUST, INC.   *
2405 YORK RD. SUITE 201
LUTHERVILLE TIMONIUM, MD 21093 *

CASE NO.: C-03-CV-22-001199

    Defendants.             *

---

### COMPLAINT

COMES NOW Plaintiff, Sharon Aska-Abramson, by and through her attorneys, Aleksandr Shubin, Esq., and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1

## EXHIBIT A

1.        Plaintiff is an adult resident of the Baltimore County.

2.        Upon information and belief Defendant Wal-Mart Stores East, LP (hereinafter referred to as "Defendant Walmart") is a corporation that operates and does business in this jurisdiction. At all material times relevant hereto, Defendant Wal-Mart Stores East, LP., owned, managed and/or operated the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133. Walmart is a division of Defendant Wal-Mart Stores East, LP.

3.        Upon information and belief Defendant Walmart Inc. (hereinafter referred to as "Defendant Walmart") is a corporation that operates and does business in this jurisdiction. At all material times relevant hereto, Defendant Walmart Inc., owned, managed and/or operated the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133. Walmart is a division of Defendant Walmart Inc.

## JURISDICTION AND VENUE

4.        Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (2006).

5.        Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2006).

## FACTS COMMON TO ALL DEFENDANTS

6.        Paragraphs 1 – 5 (one through five) are incorporated by reference as if fully restated.

7.        On January 4, 2021, Plaintiff was shopping at the Walmart store located at 8730 Liberty Road, Randallstown, MD 21133.

8.        As she was walking on the premises her foot contacted grease and/or liquid substance on the floor, which caused her to the fall to the ground and sustain significant injuries.

2

**EXHIBIT A**

9. At all times relevant, Plaintiff was an invitee of the Defendants.

## COUNT I
### (Negligence – Wal-Mart Stores East, LP)

10. Defendant, Wal-Mart Stores East, LP, owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers at the premises on or near premises; and/or warn them of such dangers.

11. Defendant, Wal-Mart Stores East, LP, breached said duty owed to Plaintiff by (a) failing to maintain the premises on or near premises free of hazards; (b) failing to maintain a smooth, dry and even surface on or around the premises; (c) failing to remove or cover any hazards and liquid substances at the premises on or near premises; and (d) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

12. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

13. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

14. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

15. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Wal-Mart Stores East, LP, with no lack of due care or negligence on the part of Plaintiff

3

**EXHIBIT A**

contributing thereto directly or indirectly.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendant, in the sum exceeding SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), pre-judgment and post-judgment interest and costs of this suit.

**COUNT II**
**(Negligence – Walmart Inc.)**

16.    Defendant, Walmart Inc., owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers at the premises on or near premises; and/or warn them of such dangers.

17.    Defendant, Walmart Inc., breached said duty owed to Plaintiff by (a) failing to maintain the premises on or near premises free of hazards; (b) failing to maintain a smooth, dry and even surface on or around the premises; (c) failing to remove or cover any hazards and liquid substances at the premises on or near premises; and (d) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

18.    As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

19.    As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

20.    As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

4

**EXHIBIT A**

21.     That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Walmart Inc., with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendant, in the sum exceeding SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), pre-judgment and post-judgment interest and costs of this suit.

Respectfully submitted,

_/s/ Aleksandr Shubin_____
Aleksandr Shubin, Esq.
CPF#: 0712120274
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
p/ 202-464-0727
f/ 888-607-8691
aleks@malloy-law.com

5

**EXHIBIT A**

**JURY DEMAND.**

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

_/s/ Aleksandr Shubin_____
Aleksandr Shubin, Esq.
CPF#: 0712120274

## CERTIFICATE REGARDING RESTRICTED INFORMATION

I HEREBY CERTIFY that the foregoing Complaint and accompanying filings do not contain restricted information.

_/s/ Aleksandr Shubin_____
Aleksandr Shubin, Esq.
CPF#: 0712120274

6

**EXHIBIT A**